**Order filed May 5, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00229-CR**

_____

**SHANNON BERNARD JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-3031**

## ORDER

Appellant is represented by appointed counsel, Winifred Weber. On April 9, 2002, appellant's brief was stricken brief because it disclosed the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Counsel was ordered to file a brief that complies with Texas Code of Criminal Procedure article 57.02 and Texas Rule of Appellate Procedure 9.10 on or before April 20, 2020. No brief has been filed.

We order Winifred Weber to file a brief that complies with Texas Code of Criminal Procedure article 57.02 and Texas Rule of Appellate Procedure 9.10 with the clerk of this court on or before May 20, 2020. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.